**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| MARGIE BLOOME,<br><br>       Petitioner<br><br>      v.<br><br><br>SILVER STREET DEVELOPMENT CORPORATION, EDWARDSVILLE APARTMENTS, LP AND HILLTOP-EDWARDSVILLE, LP,<br><br>       Respondents | No. 109 MAL 2017<br><br><br>Petition for Allowance of Appeal from the Order of the Superior Court |
| MARGIE BLOOME,<br><br>       Petitioner<br><br>      v.<br><br><br>ALAN MORRIS, EDWARDSVILLE ASSOCIATES, EDWARDSVILLE APARTMENTS MANAGEMENT, LLC, EDWARDSVILLE APARTMENTS, LP, EAGLE RIDGE APARTMENTS, INC.,<br><br>       Respondents | No. 110 MAL 2017<br><br><br>Petition for Allowance of Appeal from the Order of the Superior Court |
| MARGIE BLOOME,<br><br>       Petitioner<br><br>      v.<br><br><br>SILVER STREET DEVELOPMENT CORPORATION, | No. 111 MAL 2017<br><br><br>Petition for Allowance of Appeal from the Order of the Superior Court |

Respondent          :

## **ORDER**

**PER CURIAM**

    **AND NOW**, this 22nd day of August, 2017, the Petition for Allowance of Appeal and Application for Leave to File Post-Submission Communication are **DENIED**.